United States District Court
Southern District of Texas
**ENTERED**
February 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANUEL CANIZALES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:16-cv-03586 |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY and ANTHONY LIPARI, | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING AGREED REMAND

The Court has considered and granted Plaintiff's Agreed Motion to Remand. Accordingly, this action is remanded to the 240th District Court of Fort Bend County, Texas.

SIGNED ON _February 6, 2017, at Houston, Texas.

_____
United States District Judge

**ORDER GRANTING AGREED REMAND – Solo Page**
2645179v1
03646.642